UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CLARENCE F. STEPHENSON,

        Plaintiff,

v.                                         Case No. 3:05-cv-856-J-20MMH

CLARENCE F. STEPHENSON,

        Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On September 9, 2005, Ms. Gwendolyn Myers filed a civil rights complaint form (Doc. #1) (hereinafter Complaint) for her son Mr. Clarence F. Stephenson, who is an inmate currently housed at Union Correctional Institution. Ms. Myers, in the Complaint, requests that her son be transferred to Palm Beach County since his life is in danger at Union Correctional Institution. Further, she sets forth allegations concerning his conditions of confinement at Florida State Prison and Union Correctional Institution in the months of July 2005 and August 2005. Ms. Myers lists her son as both the Plaintiff and the Defendant.

Only Mr. Stephenson, not his mother, has standing to sue over the conditions of the institution where he is detained. See Gonzalez-Jiminez De Ruiz v. United States, 378 F.3d 1229, 1230 (11th Cir. 2004) (per curiam); Chiles v. Thornburgh, 865 F.2d 1197, 1214 (11th Cir. 1989) (citations omitted). Therefore, this case will be dismissed without prejudice to Mr. Stephenson's right to refile, and he may initiate a new civil rights case by completing and filing the enclosed civil rights complaint form.

However, as a precautionary measure since Ms. Myers claims that Mr. Stephenson's life is in danger, this Court will direct the Clerk of the Court to send a copy of this Order to the Warden of Union Correctional Institution for appropriate action, if any.

Therefore, it is now

**ORDERED:**

1. **The Clerk of the Court shall immediately send** a copy of this Order to the Superintendent of Union Correctional Institution (via facsimile).

2. This case is **DISMISSED WITHOUT PREJUDICE.**

3. The Clerk of Court shall enter judgment dismissing this case without prejudice.

4. The Clerk of Court shall send a "Civil Rights Complaint Form" and an "Affidavit of Indigency" form to Mr. Stephenson. If Mr. Stephenson elects to refile his claims in a separate action after fully exhausting each claim against each Defendant, he may complete and submit these forms. He should not place this case number on the forms. The Clerk will assign a separate case number if he elects to refile his claims.

5. The Clerk of the Court shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 13r day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE

sc 9/13
c:
Clarence F. Stephenson
Warden, UCI (facsimile)